UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTY-ANNE ARANCIBIA,

  Plaintiff,

-vs-                                      CASE NO.: 8:19-CV-01296-VMC-AAS

ABC FINANCIAL SERVICES, INC.,

  Defendant.
_____/

## **NOTICE OF PENDENCY**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    N/A

___X___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after that appearance of the party.

Dated: June 3, 2019

                                        Respectfully submitted,

                                        */s John C. Distasio, Esq.*
                                        John C. Distasio,, Esquire
                                        Florida Bar No. 96328
                                        MORGAN & MORGAN, PA
                                        201 North Franklin Street, 7th Floor
                                        Tampa, Florida 33602
                                        Telephone: (813) 225-5505
                                        Facsimile: (813) 257-0571

JDistasio@ForThePeople.com  
JSherwood@ForThePeople.com  
LCrouch@ForThePeople.com  
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*s/John C. Distasio, Esq.*  
*Attorney for Plaintiff*